In the Matter of ALBERT ULMANN et al., Copartners under the Firm Name of SULZBACHER, GRANGER & COMPANY, Appellants, v. MIKE H. THOMAS, Defendant. NEW YORK PRODUCE EXCHANGE, Respondent.

(Submitted April 13, 1931; decided April 16, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 506.)

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Extension of Sixth Avenue and the Widening of Watts Street, in the Borough of Manhattan.

MICHAEL LIGRANO et al., Respondents.

(Argued February 9, 1931; decided May 12, 1931.)

*Arthur J. W. Hilly,* Corporation Counsel (*Joel J. Squier* and *Edward A. Weingarten* of counsel), for appellant.

*Nathan L. Goldstein* and *George Schenker* for respondents.

Orders modified by deducting the amount of the award under claim No. 43 on the ground that there is no evidence that the property covered by that award was taken by the city, and as modified affirmed, with costs to the successful respondents; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN and HUBBS, JJ. CRANE, KELLOGG and O'BRIEN, JJ., dissent and vote to reverse.